| | | | | |
|---|---|---|---|---|
| Acosta v. Acosta .............. | 2064CD16 | 01/24/2017 | Philadelphia County November Term, 2016 No. 02505 | Affirmed |
| Gonzalez v. BPOA ............. | 740CD16 | 01/25/2017 | Bureau of Professional and Occupational Affairs 0136–42–2015 | Affirmed |
| Vigliotti v. UCBR ............. | 872CD16 | 01/25/2017 | Unemployment Compensation Board of Review B–587878 | Affirmed |
| CGR Real Estate v. Boro County of Franklin Park ............ | 780CD16, 971CD16, 972CD16 | 01/26/2017 | Allegheny County S.A. 15–000194 | Affirmed and Reversed |
| Cruz v. P.O. MaDonna (Peachey, R.)........................ | 1748CD15 | 01/27/2017 | Philadelphia County February Term, 2014 No. 1468 | Affirmed |
| Scott v. OOR (DOC) ........... | 133CD16 | 01/27/2017 | Office of Open Records AP 2012–1850 | Affirmed |
| Edwards v. Barkley ........... | 420CD16 | 01/27/2017 | Board of Probation & Parole JW1141 | Affirmed |
| Terraces at East Falls v. East Falls Terraces, LLC .......... | 736CD16 | 01/27/2017 | Philadelphia County No. 150501195 | Affirmed |
| Grey Fox Plaza v. Herbert Rowland Grubic ................ | 344CD16 | 01/30/2017 | Lycoming County 13–00961 | Affirmed |
| Derry Twp. Supervisors v. WCAB (Reed)................ | 751CD16 | 01/30/2017 | Workers' Compensation Appeal Board A14–0943 | Affirmed |
| BC Food Market v. WCAB (Mahar–Ullah ) ................. | 2100CD15 | 01/31/2017 | Workers' Compensation Appeal Board A15–0541 | Affirmed |
| Eom v. UCBR ................ | 350CD16 | 01/31/2017 | Unemployment Compensation Board of Review B–586395 | Affirmed |
| Casey Ball Supports Coord v. UCBR...................... | 910CD16 | 01/31/2017 | Unemployment Compensation Board of Review B–589024 | Affirmed |
| Kelly–Pimentel v. SCSC (DOC) .. | 72CD16 | 02/01/2017 | State Civil Service Commission No. 28379 | Affirmed |